**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7100**

———————

JIMMY BOWMAN,

                                        Plaintiff - Appellant,

        versus

BISHOP KNOTT, Jr., individually and in his
official capacity as Clerk of Prince George
County Circuit Court,

                                        Defendant - Appellee,

        and

HELEN H. FAHEY, individually as Chairperson of
the Virginia Parole Board; DARNLEY R. HODGE,
individually  as  the  Superintendent  of  the
Riverside Regional Jail,

                                        Defendants.

———————

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Richmond.    Robert  E.  Payne,  Senior
District Judge.  (3:06-cv-00309-REP)

———————

Submitted:  January 17, 2008        Decided:  January 23, 2008

———————

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jimmy Bowman, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Bowman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and conclude that the Appellee was entitled to derivative absolute judicial immunity. <u>McCray v. Maryland</u>, 456 F.2d 1, 5 (4th Cir. 1972). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>